510 U.S. 1090
 Doucette
v.
United States.
Storts
v.
United States.
Whitfield
v.
United States.
Graham
v.
United States.
Hinojosa
v.
United States.
Rudolph
v.
United States.
Berberena-Sierra
v.
United States.
Frenz
v.
United States.
Winfield
v.
United States.
Young
v.
United States.
Gadson
v.
United States.
Mockmore
v.
United States.
Tripodi
v.
United States.
Klinko
v.
United States.
Newberry
v.
United States.
Williams
v.
United States.
Bruce
v.
United States.
McMillan
v.
United States.
Mesa
v.
United States.
Navarro
v.
United States.
Habegger
v.
United States.
Herzog
v.
United States.
Steeg
v.
United States.
Colon
v.
United States.
Jones
v.
United States. and
Rusinskas
v.
United States.
 No. 93-68.
 Supreme Court of United States.
 January 24, 1994.
 
 1
 Appeal from the Ct. Mil. App.
 
 
 2
 Certiorari denied. Reported below: 38 M. J. 167 (1st case), 166 (2d case), 167 (3d case), 171 (4th case), 172 (5th and 6th cases), 198 (7th, 8th, 9th, and 10th cases), 210 (11th case), 218 (12th case), 222 (13th case), 224 (14th and 15th cases), 237 (16th case), 167 (17th case), 166 (18th, 19th and 20th cases), 171 (21st, 22d, and 23d cases), 198 (24th and 25th cases), and 172 (26th case).